UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MONTARICO C. JOHNSON,<br><br>    Petitioner,<br><br>        v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | Civil No. 14-cv-896-JPG<br><br>Criminal No. 12-cr-40004-JPG |

## MEMORANDUM AND ORDER

       This matter comes before the Court after mail sent by the Clerk's Office to petitioner Montarico C. Johnson was returned (Doc. 8).   On August 15, 2014, Johnson filed by mail a petition to vacate his sentence pursuant to 28 U.S.C. § 2255.   On November 5, 2014, the Clerk's Office attempted to send Johnson an order (Doc. 7) at the address he provided with his motion – the Federal Medical Center at Rochester, MN.   The order was returned with markings indicating that the mail was refused and could not be forwarded (Doc. 8).   The Court has since learned that Johnson has been sent to the Williamson County Jail pending further proceedings in his criminal case.   The Court hereby **DIRECTS** the Clerk of Court to resend the order (Doc. 7) to Johnson at the Williamson County Jail, 404 N. Van Buren St., Marion, IL 62959, and to change the address on file for Johnson.   The Court reminds Johnson of his continuing obligation under Local Rule 3.1(b) to keep the Clerk's Office informed of changes in his location in writing within seven days after a transfer or other change in address.   In the future, the Court will construe any failure to abide by this rule as an intent to abandon this case and may dismiss this case under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**IT IS SO ORDERED.**
**DATED:   January 12, 2015**

                                                  s/J. Phil Gilbert
                                                  **J. PHIL GILBERT**
                                                  **DISTRICT JUDGE**