UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MONTARICO JOHNSON,

    Petitioner,

        v.

UNITED STATES OF AMERICA,

    Respondent.

Civil No. 14-cv-896-JPG

Criminal No. 12-cr-40004-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on petitioner Montarico Johnson's motion for leave to proceed on appeal *in forma pauperis* (Doc. 32) and motion for a certificate of appealability (Doc. 33).

A federal court may permit a party to proceed on appeal without full pre-payment of fees provided the party is indigent and the appeal is taken in good faith. 28 U.S.C. § 1915(a)(1) & (3); Fed. R. App. P. 24(a)(3)(A). A frivolous appeal cannot be made in good faith. *Lee v. Clinton*, 209 F.3d 1025, 1026-27 (7th Cir. 2000). The test for determining if an appeal is in good faith or not frivolous is whether any of the legal points are reasonably arguable on their merits. *Neitzke v. Williams*, 490 U.S. 319, 325 (1989) (citing *Anders v. California*, 386 U.S. 738 (1967)); *Walker v. O'Brien*, 216 F.3d 626, 632 (7th Cir. 2000).

The Court is satisfied from Johnson's affidavit that he is indigent. The Court further finds that the appeal is taken in good faith. Accordingly, the Court **GRANTS** the motion for leave to proceed on appeal *in forma pauperis* (Doc. 32).

As for Johnson's motion for a certificate of appealability, the Court has already denied Johnson's request in its order denying his § 2255 motion (Doc. 27). The next step is for Johnson to ask the Court of Appeals, so the Court **DIRECTS** the Clerk of Court to **TRANSFER** Johnson's

motion to the Court of Appeals for consideration in Appeal No. 16-1676.

The Court further **DIRECTS** the Clerk of Court to send a copy of this order to the Court of Appeals for use in conjunction with Appeal No. 16-1676.

**IT IS SO ORDERED.**
**DATED:   April 4, 2016**

                                          s/ J. Phil Gilbert
                                          **J. PHIL GILBERT**
                                          **DISTRICT JUDGE**